OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

March 10, 2025

Superior Court for the State of Delaware
Attn: Clerk of Court
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

RE: <u>Angela Draghicescu v. University of Delaware</u>
District of DE/C.A. No. 25-107-RGA
New Castle County Case #N24C-01-070-VLM

Dear Clerk:

Pursuant to the Order dated 3/10/2025, signed by the Honorable Richard G. Andrews, remanding the above captioned cases to your Court, enclosed please find the following items:

(X) Certified copy of the Order

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Sincerely,

Randall C. Lohan, Clerk of Court

By:  /s/ N. Selmyer
Deputy Clerk

Enc.